*February 2017*

# DAN HORSKY

<u>GENERAL</u>

**Current Position**

Professor (Retired); Simon Business School, University of Rochester, Rochester, NY, 14627

**Personal Data:**
Year of Birth:  1945
Place of Birth:  Cambridge, England

<u>EDUCATION</u>

**Academic Data:**

B.Sc. in Industrial Engineering, Technion-Israel Institute of Technology, 1967
M.Sc. in Operations Research, Technion-Israel Institute of Technology, 1971
Ph.D. in Industrial Administration, Krannert Graduate School of Industrial Administration, Purdue University, 1974

**Dissertations:**

M.Sc. Thesis:  "An Algorithm for Optimal Scheduling of Flights and Maintenance of Aircraft"
Ph.D. Dissertation:  "A Theoretical and Empirical Analysis of the Optimal Advertising Strategy"

<u>INTERESTS</u>

**Research:**

Theoretical and Empirical Analyses of Consumer and Firm Behavior as they relate to Marketing activities.

**Professional:**

American Marketing Association
INFORMS



<u>EXPERIENCE</u>

**Military:**

> Officer, Air-Force, Israel, 1967-1971

**Teaching:**

> Instructor, Krannert Graduate School of Industrial Administration, Purdue University, 1971-1974.

> Senior Lecturer, Graduate School of Business Administration, Tel-Aviv University, 1980-1982.

> Assistant Professor; Associate Professor; Professor; University Professor; and Benjamin L. Forman Professor: Simon Business School, University of Rochester, 1974-2016

<u>PUBLICATIONS</u>

**Books, Monographs, etc.:**

> "An Empirical Study of Mortgage Redlining", jointly with George J. Benston and H. Martin Weingartner, *The Monograph Series in Finance and Economics*, Salamon Brothers Center for the Study of Financial Institutions, New York:  New York University, 1978, 113 pp.

> "Interfaces between Marketing and Economics", jointly edited with John P. Gould, Albert Madansky, and Subrata K. Sen, Special Issue of the *Journal of Business*, Vol. 53, No. 3, Part 2, July 1980, 220 pp.

**Articles:**

> "Market Share Response to Advertising - An Example of Theory Testing", *Journal of Marketing Research*, Vol. 14 (February 1977), pp. 10-21.

> "An Empirical Analysis of the Optimal Advertising Policy", *Management Science*, Vol. 23, No. 10 (June 1977), pp. 1037-1049.

> "Optimal Media and Promotion Mix", *Proceedings of A.N.A. Advertising Research Workshop*, The Association of National Advertisers, Inc., 1978, pp. 1-8.

> "Market Share Models as Approximators of Aggregated Heterogeneous Brand Choice Behavior", jointly with Moshe Givon, *Management Science*, Vol. 24, No. 13 (September 1978), pp. 1404-1416.

> "Heterogeneous Stochastic Models of Brand Choice Behavior", *Proceedings of the Business and Economics Section*, American Statistical Association, 1978, pp. 456-459.

"Application of a Composite Stochastic Model of Brand Choice," jointly with Moshe Givon, *Journal of Marketing Research*, Vol. 16 (May 1979), pp. 258-267.

"Redlining and the Demand for Mortgages in the Central City and Suburbs", jointly with George J. Benston, *Journal of Bank Research*, Vol. 10, No. 2 (Summer 1979), pp. 72-87.

"Advertising in a Model of New Product Diffusion", jointly with Leonard S. Simon, in David B. Montgomery and Dick R. Wittink, eds., *Market Measurement and Analysis*, Cambridge, Massachusetts:  Marketing Science Institute, 1980, pp. 30-34.

"Interfaces of Marketing and Economics:  An Overview", jointly with Subrata K. Sen, *Journal of Business*, Vol. 53, No. 3, Part 2 (July 1980), pp. 5-12.

"Comments on the Relationship between Diffusion Rates, Experience Curves, and Demand Elasticities for Consumer Durable Technological Innovations", *Journal of Business,* Vol. 53, No. 3, Part 2 (July 1980), pp. 75-78.

"Properties of Attribute Weights Estimated via the Mathematical Programming Approach", jointly with M. R. Rao, in Robert P. Leone, ed., *Market Management and Analysis*, Providence, RI:  The Institute of Management Sciences, 1980.

"Models of Choice:  Perspectives from Psychology, Social Psychology, Economics and Marketing", jointly with Subrata K. Sen, in L. McAlister, ed., *Choice Theoretic Models in the Social Sciences*, Greenwich, CT:  JAI Press, 1982, pp. 335-349.

"Advertising and the Diffusion of New Products," jointly with Leonard S. Simon, *Marketing Science*, Vol. 2, No. 1 (Winter 1983), pp. 1-17.

"An Approach to the Optimal Positioning of a New Product", jointly with Bezalel Gavish and Kizhanathan Srikanth, *Management Science*, Vol. 29, No. 11 (November 1983), pp. 1277-1297.

"Comments on Conjoint Analysis of Price Premiums for Hotel Amenities", *Journal of Business*, Vol. 57, No. 1, Part 2 (January 1984), pp. 139-148.

"Estimation of Attribute Weights from Preference Comparisons", jointly with M. R. Rao, *Management Science*, Vol. 30, No. 7 (July 1984), pp. 801-822.

"Homogeneity and Heterogeneity in Stochastic Models of Brand Choice Behavior", jointly with Moshe Givon, *International Journal of Research in Marketing*, Vol. 2, No. 4 (1985), pp. 263-272.

"Does it Pay to Change Your Company Name?  A Stock Market Perspective", jointly with Patrick Swyngedouw, *Marketing Science*, Vol. 6, No. 4 (Fall 1987), pp. 320-335.

Invariant Estimator for Market Share Systems and Their Finite Sample Behavior", jointly with Kenneth M. Gaver and Chakravarthi Narasimhan, *Marketing Science*, Vol. 5, No. 3 (Summer 1988), pp. 169-186.

"Dynamic Advertising Strategies of Competing Durable Good Producers", jointly with Karl Mate, *Marketing Science*, Vol. 7, No. 4 (Fall 1988), pp. 356-367.

"Untangling the Effects of Purchase Reinforcement and Advertising Carryover", jointly with Moshe Givon, *Marketing Science*, Vol. 9, No. 2 (Spring 1990), pp. 171-187.

"A Diffusion Model Incorporating Product Benefits, Price, Income and Information", *Marketing Science*, Vol. 9, No. 4 (Fall 1990), pp. 342-365.

"The Relationship between the Demand and Supply of Home Financing and Neighborhood Characteristics: An Empirical Study of Mortgage Redlining", jointly with George J. Benston, *Journal of Financial Service Research*, 5 (1991), pp. 235-260.

"New Brand Positioning and Pricing in an Oligopolistic Market", jointly with Paul Nelson, *Marketing Science*, Vol. 11, No. 2 (Spring 1992), pp. 133-153.

"Intertemporal Aggregation of Heterogeneous Consumers", jointly with Moshe Givon, *European Journal of Operational Research*, Vol. 76 (1994), pp. 276-282.

"Evaluation of Salesforce Size and Productivity Through Efficient Frontier Benchmarking", jointly with Paul Nelson, *Marketing Science*, Vol. 15 , No. 4  (1996), pp. 301-320.

"Stating Preference for the Ethereal but Choosing the Concrete: How Tangibility of Attributes Affects Attribute Weighting in Value Elicitation and in Choice", with Paul Nelson and Steve Posavac, *Journal of Consumer Psychology*, 14, 1&2, (2004), 132-140.

"Adjusting Choice Models to Better Predict Market Behavior", with Greg Allenby, et.al., *Marketing Letters*, 16: ¾, December (2005), pp.197-208.

"Testing the Significance of Linear Programming Estimators", with Paul Nelson, *Management Science*, 52:1, January (2006), pp. 128-135.

"Observed and Unobserved Preference Heterogeneity in Brand Choice Models", with Sanjog Misra and Paul Nelson, *Marketing Science*, 25, 4 (2006), pp. 322-335.

"Try It You Will Like It - Does Consumer Learning Lead to Competitive Price Dealing?" with Marshall Freimer, *Marketing Science,* Vol. 27, No.5, (2008), pp. 796-810

"Discrete Choice Models of Firms Strategic Decisions", with Michaela Draganska, et.al. *Marketing Letters,* Vol. 19, (2008) pp. 399-416

"Disentangling Preferences and Learning in Brand Choice Models", with Sanjog Misra and Sangwoo Shin, *Marketing Science*, Vol. 31 (1) (2012) pp. 96-114

"Periodic Advertising Pulsing in a Competitive Market", with Marshall Freimer, *Marketing Science,* Vol. 31, No. 4, (2012), pp. 637-648

"The Modern Advertising Agency Selection Contest: The Case for Stipends to New Participants", with Sharon Horsky and Robert Zeithammer, *Journal of Marketing Research*, Vol. 53 (5), (2016), pp. 773-789.

**Working Papers:**

"An Empirical Dynamic Model of Brand Choice", with Zvi Eckstein and Yoel Raban, working paper, No. 88 (1988), Tel Aviv University

"Estimation of Individual Level Multi-Attribute Utility from Ordered Paired Preference Comparisons", with Paul Nelson and Sangwoo Shin

"Incorporating State Dependence in Aggregate Brand-level Demand Models", with Polykarpos Pavlidis and Minjae Song

"Does Advertising Impact Investors? The Case of Advertising during the "Quiet Period"", with Michal Herzenstein and Tzachi Zach

## EDITORIAL ACTIVITIES

Editorial Board Member, *Journal of Marketing*, 1978 - 1984

Associate Editor, *Management Science*, 1978 - 1983

Editorial Board Member, *Marketing Science*, 1982 - 1997

Reviewer for *Management Science*, *Journal of Marketing Research, Journal of Marketing, Journal of Political Economy, Operations Research, Journal of Business*

Reviewer of Research Proposals - National Science Foundation, Decision and Management Science Program.

## DOCTORAL DISSERTATION COMMITTEES

Principal Advisor for Moshe Givon, "Heterogeneity and Aggregation in Stochastic Modeling of Brand Choice Behavior", University of Rochester, 1976.  Professor (retired) at Tel Aviv University.

Committee Member for Robert J. Dolan, "Priority Pricing Models for Congested Systems", University of Rochester, 1976.  Now Baker Foundation Professor, Harvard University.

Committee Member for Gideon Doron, "Public Regulation of the Cigarette Industry:  Theory, Measurement, and Fact", University of Rochester, 1977.  Professor (deceased), Department of Political Science, Tel-Aviv University.

Principal Advisor for Karl V. Mate, "The Impact of Word of Mouth on the Optimal Advertising Strategies of competing Firms Marketing a New Product", University of Rochester, 1980.  Now with Arthur D. Little, Acorn Park, MA.

Committee Member for Paul Probhakar, "Market Segmentation:  A Household Production Approach", University of Rochester, 1984.  Now Professor, Loyola University.

Principal Co-Advisor to William Blozan, "Retail Dealing as Competition for Customer Store Choice:  Theory and Evidence", University of Rochester, 1986.  Currently serves on the Inventor's Review Board at Washington State University.

Principal Advisor to Yoel Raban, "A Dynamic Model of Brand Choice", Tel Aviv University, 1987.  Now Senior Researcher, Institute of Technological Forecasting, Tel Aviv University.

Principal Advisor to Paul E. Nelson, "New Product Pricing and Positioning in an Oligopolistic Market", University of Rochester, 1988.  Now Professor, William E. Simon Graduate School of Business Administration, University of Rochester.

Committee Member, Debabrata Talukdar, "A Theoretical and Empirical Investigation into Consumersí Brand Choice Process under Information Uncertainty", University of Rochester, 1995.  Now Professor, School of Management, University of Buffalo.

Principal Advisor to Debra Desrochers, "Product Evaluation and Retail Placement", University of Rochester, 1999.  Now Senior Lecturer, University of Westminster, London.

Committee Member, Yaniv Vakrat, "Online Auctions", University of Rochester, 2000. Now at Graduate School of Business, Stanford University and McKinsie.

Committee Member, Michal Herzenstein, "Adoption of New and Really New Products: The Effects of Self-Regulation Systems and Risk Salience", University of Rochester, June 2006.  Now Associate Professor at the University of Delaware.

Principal Advisor to Sanjib Mohanty, "The Adoption of New Industrial Products", University of Rochester, 2007.  Now at iKnowtion, LLC, Burlington, MA.

Principal Advisor to Sangwoo Shin, "Disentangling Preferences, Inertia and Learning in Brand Choice Models", University of Rochester, 2008.  Now Assistant Professor at Krannert Graduate School of Management, Purdue University.

Principal Advisor to Polykarpos Pavlidis, "Two Essays on the Implications of Demand State Dependence on Pricing Decisions", University of Rochester, 2011.  Now at Nielsen Marketing Analytics, Chicago, IL.

Committee Member, Yulia Nevskaya, "Studying Shopping and Consumption in Online Environments", University of Rochester, 2013.  Now at the Olin School of Business, Washington University

Committee Member, James Reeder, "Nonlinear Price Incentives and Dynamic Brand Choice: B2B Purchasing Decisions with Quality Discounts, University of Rochester, 2014.  Now at the Krannert School of Management, Purdue University.

Committee Member, Wreetabrata Kar, "Selection, Order and Pricing of Linear Online Video Ads", University of Rochester, 2014.  Now at the Krannert School of Management, Purdue University.

AWARDS AND HONORS

Named as 1986 - 1987 University of Rochester Mentor for achievements as a teacher and scholar.

Received the Executive Development Program MBA Class of 1987 Superior Teaching Award.

Won the 1991 John D. C. Little Award for the best marketing paper published in either *Marketing Science* or *Management Science* in 1990.  The award shared with Moshe Givon, from Tel Aviv University, was for the paper "Untangling the Effects of Purchase Reinforcement and Advertising Carryover", *Marketing Science*, Vol. 9, No. 2 (Spring 1990), pp. 171-187.

Won the 1993 John D. C. Little Award for the best marketing paper published in either *Marketing Science* or *Management Science* in 1992.  The award shared with Paul Nelson, from the University of Rochester, Simon School, was for the paper "New Brand Positioning and Pricing in an Oligopolistic Market", *Marketing Science*, Vol. 11, No. 2 (Spring 1992), pp. 133-153.

GRANTS

Study of "Optimal Positioning of a New Choice Object", awarded a $50,983 grant by the Office of Naval Research, June 1976 - May 1978.

Study on "The Effects of Income, Price and Information on the Diffusion of New Industrial and Commercial Innovations", awarded a $85,000 grant by the National Science Foundation, 1986 - 1988.